1 | STEVEN H. GURNEE, ESQ. SB# 66056
2 | DAVID M. DANIELS, ESQ. SB# 170315
    NICHOLAS P. FORESTIERE, SB# 125118
3 | GURNEE & DANIELS LLP
    2240 Douglas Boulevard, Suite 150
4 | Roseville, CA  95661-3805
    Telephone    (916) 797-3100
5 | Facsimile    (916) 797-3131

6 | Attorneys for Defendants
    ALDERWOODS GROUP, INC., PAUL HOUSTON
7 | SERVICE CORPORATION INTERNATIONAL,
    SCI FUNERAL AND CEMETERY PURCHASING
8 | COOPERATIVE, INC., SCI EASTERN MARKET
    SUPPORT CENTER, L.P., SCI WESTERN MARKET
9 | SUPPORT CENTER, L.P., and SCI HOUSTON
    MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | No.  CV 08-01184 SI |
| Plaintiffs, | [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR REQUIREMENTS |
| vs. | |
| ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P. | |
| Defendants. | |

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR REQUIREMENTS                                                                 1

Case No.:  CV 08-01184 SI

1
2        Pursuant to the Stipulation of counsel and good cause appearing, the deadlines relative to
3   counsel and the parties filing their ADR Certifications and either 1) a Stipulation and [Proposed]
4   Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil
5   L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d) are hereby
6   postponed until after the Court has issued its ruling on Defendants' motion to transfer this action to
7   the U.S. District Court for the Western District of Pennsylvania. The court will set a new date for
8   compliance with the aforementioned ADR requirements at the time of the initial Case Management
    Conference which will be held on July 25, 2008 at 2:00 p.m.
9
10
11  **IT IS SO ORDERED.**
12
13  Dated:_____
14                                                         Honorable Susan Illston
15                                                         United States District Court
16
17
18
19
20
21
22
23
24
25
26
27
28  [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
    REQUIREMENTS                                                                                      2

    Case No.:  CV 08-01184 SI