1
2
3
4
5   IN THE UNITED STATES DISTRICT COURT

6   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   WILLIAM HELM, et al.,                        Nos. C 08-01184 SI and C 08-1190 SI

9          Plaintiffs,                           **SCHEDULING ORDER**

10  v.

11  ALDERWOODS GROUP, INC., et al.,

12         Defendants.

13  _____

14  CLAUDE BRYANT, et al.,

15         Plaintiffs,

16  v.

17  SERVICE CORP. INT'L, et al.,

18         Defendants.

19  _____/

20

21         Defendants in the case of *Bryant v. Service Corporation International*, No. C 08-1190, are

22  ordered to produce all discovery ordered in this Court's March 27 Order within 21 days of the filing of

23  this Order.  Defendants in both cases shall renotice their motions to dismiss for May 22, 2009 at 9:00.

24  A case management conference is hereby scheduled in both cases for July 24, 2009 at 3:00.

25         **IT IS SO ORDERED.**

26

27  Dated:  March 27, 2009                        _____
                                                   SUSAN ILLSTON
28                                                 United States District Judge