1
2
3
4

BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

5

[Additional Counsel Listed on Signature Page]

6

Attorneys for Plaintiffs

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN FRANCISCO/OAKLAND DIVISION

10

11
12
13

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | Case No. CV 08-1184-SI |

14

Plaintiffs,

15

v.

16

ALDERWOODS GROUP, INC.,

17

Defendant.

**STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER**

& C-09-1190 SI

18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

Previously, Plaintiffs and Defendants agreed to, and the Court entered, a Stipulated Protective Order Pursuant to Fed. R. Civ. P. 26(C).  (*Bryant* Docket No. 112; *Helm* Docket No. 124).  That Protective Order, *inter alia*, set out a procedure permitting parties to designate certain discovery materials "CONFIDENTIAL."   In response to discovery demands in this case, Defendants have designated certain documents "CONFIDENTIAL" pursuant to the Protective Order, and Plaintiffs have not currently challenged some of those designations.

Pursuant to Civil Local Rules 79-5 and 7-12, Plaintiffs and Defendants in these matters, through their undersigned counsel, hereby stipulate that in responding to Defendants' pending motions to dismiss, Plaintiffs may file under seal pursuant to the Protective Order the following documents, each of which has been designated "CONFIDENTIAL" by Defendants:

1.  SCI Cash Balance Plan, bates number SCI(BRY) 00196 - 00271

2.  "SCI 401(K) Retirement Savings Plan" Documents, bates number SCI(BRY) 00015 - 00195

3.  Employee Handbooks, bates number SCI(BRY) 00272 - 00410

4.  Flowcharts, bates number SCI(BRY) 00411 - 00414

5.  Written agreements executed by Curtis Briggs, bates number CBRIGGS 0009 – 0029

6.  Transcript of the deposition of Thomas Ryan taken on April 22, 2009

7.  Plaintiffs' Opposition to Defendants' Motion to Dismiss Amended Complaint Pursuant to FRCP 12(b)(6) (Lack of *In Personam* Jurisdiction) or, Alternatively, FRCP 12(b)(6) (Failure to State a Claim Upon Which Relief Can be Granted), which describes and quotes from materials Defendants have designated as "CONFIDENTIAL"

8.  Plaintiffs' Consolidated Declaration of Sarah Cressman in Opposition to Defendants' Motions to Dismiss, for Partial Judgment on the Pleadings, and to Strike and Require a More Definite Statement and Motions for Stay and Award of Attorney Fees and Costs Pursuant to FRCP 41(d), which describes and quotes from materials Defendants have designated as "CONFIDENTIAL"

1

**AGREED TO:**

2

3

4    /s/ Annette Gifford                                          /s/ Nicholas P. Forestiere

5    Thomas & Solomon LLP                              Gurnee & Daniels LLP

6    693 East Avenue                                          2240 Douglas Boulevard, Suite 150

     Rochester, New York 14607                        Roseville, California 95661

7    Telephone:  (585) 272-0540                         Telephone:  (916) 797-3100

8

9    Attorneys for Plaintiffs                                 Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders that, in responding to Defendants' pending motions to dismiss, Plaintiffs may file under seal pursuant to the Protective Order the following documents, each of which has been designated "CONFIDENTIAL" by Defendants:

1. SCI Cash Balance Plan, bates number SCI(BRY) 00196 - 00271

2. "SCI 401(K) Retirement Savings Plan" Documents, bates number SCI(BRY) 00015 - 00195

3. Employee Handbooks, bates number SCI(BRY) 00272 - 00410

4. Flowcharts, bates number SCI(BRY) 00411 - 00414

5. Written agreements executed by Curtis Briggs, bates number CBRIGGS 0009 – 0029

6. Transcript of the deposition of Thomas Ryan taken on April 22, 2009

7. Plaintiffs' Opposition to Defendants' Motion to Dismiss Amended Complaint Pursuant to FRCP 12(b)(6) (Lack of *In Personam* Jurisdiction) or, Alternatively, FRCP 12(b)(6) (Failure to State a Claim Upon Which Relief Can be Granted), which describes and quotes from materials Defendants have designated as "CONFIDENTIAL"

8. Plaintiffs' Consolidated Declaration of Sarah Cressman in Opposition to Defendants' Motions to Dismiss, for Partial Judgment on the Pleadings, and to Strike and Require a More Definite Statement and Motions for Stay and Award of Attorney Fees and Costs Pursuant to FRCP 41(d), which describes and quotes from materials Defendants have designated as "CONFIDENTIAL"

**IT IS SO ORDERED:**



_____
Honorable Susan Illston
United States District Court