1  STEVEN H. GURNEE, ESQ. SB# 66056
   JOHN A. MASON, ESQ. SB# 166996
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON,
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                   UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) ) ) ) ) | No.  CV 08-01184 SI |
|----|---|---|---|
| 15 | | ) ) | |
| 16 | | ) ) | [PROPOSED] AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS |
| 17 | Plaintiffs, | ) ) | |
| 18 | vs. | ) ) | |
| 19 | ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| 20-25 | | | |
| 26 | Defendants. | ) | |
| 27 | | | |
| 28 | | | |

[PROPOSED] AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO
EXCEED PAGE LIMITATIONS                                                                                              1
Case No.:  CV 08-01184 SI

1  Upon consideration of Plaintiffs' Motion for Administrative Relief seeking leave to file a
2  Memorandum of Points and Authorities in Support for their Motion for Rule 23 Class Certification
3  and appointment of class counsel in excess of the proscribed page limits (Docket No. 181), upon
4  consideration of the parties' Stipulation for Plaintiffs to File Memorandum and Points of
5  Authorities in Support of Plaintiffs' Rule 23 Class Certification Motion in Excess of Page Limits in
6  which the parties agree that "Defendants likewise may file a response to plaintiffs' Rule 23 Motion
7  for Class Certification and appointment of class counsel not to exceed 70 pages," (Docket No.
8  184), and in recognition of this Court's oral ruling on this issue made at the time of the September
9  25, 2009 Case Management Conference, IT IS HEREBY ORDERED that plaintiffs' Motion is
10 GRANTED.

11  IT IS HEREBY FURTHER ORDERED that:

12  1.  Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for
13 Rule 23 Class Certification and appointment of class counsel shall not exceed 70 pages; and

14  2.  Defendants, likewise, may file a response to plaintiffs' Rule 23 Motion for Class
15 Certification and appointment of class counsel not to exceed 70 pages.

16  **IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan Illston
United States District Court

[PROPOSED] AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO
EXCEED PAGE LIMITATIONS
Case No.: CV 08-01184 SI

2