BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

 Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

 1. Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

 2. Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

[PROPOSED] ORDER EXTENDING TIME                          CASE NO.:  3:08-CV-01184 SI
1

**IT IS SO ORDERED:**

Honorable Susan Illston
United States District Court

_____

**AGREED TO:**

By: /s/ Annette Gifford
   J. Nelson Thomas (*pro hac vice*)
   Patrick J. Solomon (*pro hac vice*)
   Annette Gifford (*pro hac vice*)
   THOMAS & SOLOMON LLP
   693 East Avenue
   Rochester, NY 14607
   Telephone: 585-272-0540
   Facsimile: 585-272-0574

   Robert M. Bodzin, State Bar No. 201327
   BURNHAM BROWN
   P.O. Box 119
   Oakland, CA 94604
   Telephone: (510) 835-6833
   Facsimile: (510) 835-6666

   Charles H. Saul (*pro hac vice*)
   MARGOLIS EDELSTEIN
   525 William Penn Place
   Suite 3300
   Pittsburgh, PA 15219
   Telephone: 412-281-4256
   Facsimile: 412-642-2380

   Counsel for Plaintiffs

By: /s/ John A. Mason
   Steven H. Gurnee
   Nicholas P. Forestiere
   John A. Mason
   GURNEE & DANIELS LLP
   2240 Douglas Blvd, Suite 150
   Roseville, CA 95648
   Telephone: 916-797-3100
   Facsimile: 916-797-3131

   Counsel for Defendant