BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING DATE |

    Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

    1.    The motion hearing date for Defendant's Renewed Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be continued to **July 15, 2011 at 9:00 a.m.**

**IT IS SO ORDERED:**

6/3/11

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: June 2, 2011

| | |
|---|---|
| By: /s/ J. Nelson Thomas | By: /s/ Nicholas P. Foresteiere |
| J. Nelson Thomas (*pro hac vice*) | Steven H. Gurnee |
| Patrick J. Solomon (*pro hac vice*) | Nicholas P. Forestiere |
| Annette Gifford (*pro hac vice*) | John A. Mason |
| THOMAS & SOLOMON LLP | GURNEE & DANIELS LLP |
| 693 East Avenue | 2240 Douglas Blvd, Suite 150 |
| Rochester, NY  14607 | Roseville, CA 95648 |
| Telephone:  585-272-0540 | Telephone:  916-797-3100 |
| Facsimile:  585-272-0574 | Facsimile:  916-797-3131 |
| | |
| Robert M. Bodzin, State Bar No. 201327 | Counsel for Defendant |
| BURNHAM BROWN | |
| P.O. Box 119 | |
| Oakland, CA 94604 | |
| Telephone: (510) 835-6833 | |
| Facsimile:  (510) 835-6666 | |
| | |
| Charles H. Saul (*pro hac vice*) | |
| Liberty J. Weyandt (*pro hac vice*) | |
| Kyle T. McGee (*pro hac vice*) | |
| MARGOLIS EDELSTEIN | |
| 525 William Penn Place | |
| Suite 3300 | |
| Pittsburgh, PA 15219 | |
| Telephone:  412-281-4256 | |
| Facsimile:  412-642-2380 | |
| | |
| Counsel for Plaintiffs | |

[PROPOSED] ORDER CONTINUING HEARING DATE                                           2

Case No.:  3:08-CV-01184 SI