```
STEVEN H. GURNEE, ESQ. SB# 66056
NICHOLAS P. FORESTIERE, ESQ. SB#125118
JOHN A. MASON, ESQ. SB# 166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone    (916) 797-3100
Facsimile     (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ALDERWOODS GROUP, INC.,<br><br>        Defendants. | No.  CV 08-01184 SI<br><br>[~~PROPOSED~~] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The date for the further Case Management Conference in this matter, previously set for July 15, 2011, is continued to **September 23, 2011 at 3:00 p.m.**

////

////

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI     1

1 | **IT IS SO ORDERED:**

2 | Dated: 7/25/11

_Susan Illston_

3 | Honorable Susan Illston
4 | United States District Court

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI

2