STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB#166996
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone      (916) 797-3100
Facsimile       (916) 797-3131

Attorneys for Defendant
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| STEPHEN ESCOBAR, | No. 1:11-CV-01493-LJO-DLB |
| Plaintiff(s), | **ORDER OF DISMISSAL PURSUANT TO STIPULATION** |
| vs. | |
| ALDERWOODS GROUP, INC. | |
| Defendants. | |

Pursuant to the Stipulation of counsel and good cause appearing, this matter is hereby dismissed without prejudice.

At the request of Plaintiff's counsel, and Defendant's counsel having no objection, the Court hereby waives the requirement that counsel for Plaintiff be admitted *pro hac vice* in this case solely for the purpose of Plaintiff's counsel being able to join in this Stipulation.

**IT IS SO ORDERED.**

Dated:_11/14/2011_____                    __/s/ Lawrence J. O'Neill_____
                                             Honorable Lawrence J. O'Neill
                                             United States District Judge

**ORDER OF DISMISSAL PURSUANT TO STIPULATION**                    1
Case No.: 1:11-CV-01493-LJO-DLB